In Re PETERSON'S ESTATE

FEDERAL DEPOSIT INSURANCE CORP., Appellant, v.
PETERSON, et al, Respondents

(295 N. W. 641.)

(File No. 8366. Opinion filed January 6, 1941.)

**Doyle & Mahoney,** of Sioux Falls, for Appellant.

**Irwin R. Erickson,** of Vermillion, and **H. A. Doyle** and
**Frank Biegelmeier,** both of Yankton, for Respondents.

PER CURIAM. On the 19th day of December, 1939,
notice of appeal to the Supreme Court was served by the
appellant in this action. Since that time no brief has been
filed, and no further steps or proceedings have been taken
in prosecution of the appeal.

The appeal is deemed to be abandoned, and the order
appealed from is affirmed.

All the Judges concur.